## Paterno *v.* McGraw, Appellant.

Argued October 4, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harry Alan Sherman,* for appellant.

622

*Carl Brandt,* with him *Brandt, Riester, Brandt & Malone,* for appellee.

Opinion Per Curiam, November 12, 1968:
Order affirmed
Mr. Justice Musmanno did not participate in the decision of this case.